NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2019 CA 0624

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

*Judgment Rendered:* FEB 1 9 2020

********

Appealed from the 23rd Judicial District Court
In and for the Parish of Assumption
State of Louisiana
Case No. 33796

The Honorable Jason Verdigets, Judge Presiding

********

Leopold Z. Sher
James M. Garner
Peter L. Hilbert, Jr.
Christopher T. Chocheles
Jeffrey D. Kessler
David A. Freedman
New Orleans, Louisiana

Robert Ryland Percy, III
Travis J. Turner
Gonzales, Louisiana

Dane S. Ciolino
Metairie, Louisiana

James E. Kuhn
Ponchatula, Louisiana

Counsel for
Defendant/Third-Party
Plaintiff/Appellant
Texas Brine Company, LLC

Matthew J. Randazzo, III
Christopher B. Bailey
Will Montz
Lafayette, Louisiana

Counsel for
Third-Party Defendants/Appellees
Browning Oil Company, Inc.,
LORCA Corporation, and
Colorado Crude Company


Joseph L. Shea, Jr.
Katherine Smith Baker
Ashley G. Gable
Joshua S. Chevallier
Shreveport, Louisiana

Counsel for
Third-Party Defendant/Appellee
Reliance Petroleum Corporation


Frank H. Spruiell, Jr.
Reid A. Jones
Seth M. Moyers
Anna W. O'Neal
Shreveport, Louisiana

Counsel for
Third-Party Defendant/Appellee
Sol Kirschner

\*\*\*\*\*\*\*\*

BEFORE: WELCH, LANIER, AND BURRIS, JJ.[1]

---

[1] Judge William J. Burris, retired, is serving *pro tempere* by special appointment of the Louisiana Supreme Court.

**LANIER, J.**

This dispute is one of many arising out of the August 2012 sinkhole that appeared near Bayou Corne in Assumption Parish. This appeal relates to a challenge to the trial court's dismissal of the third-party demands by Texas Brine Company, LLC ("Texas Brine") against multiple parties, including the third-party defendants herein, Reliance Petroleum Corporation, Browning Oil Company, Inc., LORCA Corporation, Colorado Crude Company, and Sol Kirschner (collectively, "the oil and gas parties"), based on *res judicata* and collateral estoppel. The same issue was recently decided by this court in a related appeal that originated out of a different trial court number (No. 34270, 23rd Judicial District Court, Assumption Parish), but was rendered by the same trial court judge on the same date, concerning the same oil and gas parties and Texas Brine. See **Marchand v. Texas Brine Company, LLC**, 2019-0052 (La. App. 1 Cir. 12/27/19), ___ So.3d ___, 2019 WL 7206880.[2]

In **Marchand**, this court affirmed the trial court's judgment sustaining the exceptions of *res judicata* and collateral estoppel filed by the oil and gas parties, and the dismissal, with prejudice, of Texas Brine's third-party demands against the oil and gas parties. **Marchand**, ___ So.3d at ___, 2019 WL 7206880, at *2-3. After a thorough review of the record, we find no material distinctions between the evidence and arguments asserted in this appeal and those presented in the **Marchand** appeal. The exact same background, issues, and assignments of error raised by Texas Brine in this case have already been thoroughly discussed in **Marchand**, which we are bound to follow under the "law of the circuit doctrine" that requires us to follow our prior decisions. **Pontchartrain Natural Gas System**

---

[2] The main difference between the related **Marchand** appeal and the instant appeal is that there are different pipeline plaintiffs in the case *sub judice*. This appeal, however, does not concern the pipeline plaintiffs.

**v. Texas Brine Company, LLC**, 2018-0001 (La. App. 1 Cir. 6/4/18), 253 So.3d 156, <u>writ denied,</u> 2018-1124 (La. 9/28/18), 253 So.3d 147.

We issue this summary disposition in accordance with Uniform Rules— Courts of Appeal, Rule 2–16.2(A)(2), (4), and (6), and affirm the trial court's July 16, 2018 judgment sustaining the exception raising the objections of *res judicata* and collateral estoppel and dismissing, with prejudice, Texas Brine's third-party demands against Reliance Petroleum Corporation, Browning Oil Company, Inc., LORCA Corporation, Colorado Crude Company, and Sol Kirschner. All costs of this appeal are assessed to Texas Brine Company, LLC.

**AFFIRMED.**